**Motion for Reinstatement Granted, Memorandum Opinion filed April 28, 2015, Withdrawn, Appeal Reinstated, and Order filed June 2, 2015.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-15-00169-CV

————————

### DIOGU KALU DIOGU II, Appellant

### V.

### LINEBARGER GOGGAN BLAIR & SAMPSON, FORT BEND COUNTY TAX ASSESSOR COLLECTOR, AND FORT BEND APPRAISAL DISTRICT, Appellees

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 13-DCV-203712**

## ORDER

On April 28, 2015, this court issued an opinion dismissing this appeal. On, 2015, appellant filed a motion for reinstatement. The motion is **GRANTED**.

This court's opinion filed April 28, 2015, is **WITHDRAWN**, and our judgment of that date is **VACATED.** The appeal is ordered **REINSTATED**. The clerk's record is due on or before **July 2, 2015**.

PER CURIAM